UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-08363 PSG (Ex) | Date | June 29, 2023 |
|---|---|---|---|
| Title | Leemanuel Weilch v. Su Yeon Oh et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Damon Berry | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

 IT IS HEREBY ORDERED that counsel/party show cause in writing on or before **July 21, 2023** why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following as an appropriate response to this Order to Show Cause. Failure to respond in writing may result in the dismissal of the entire action.

  ____ Plaintiff to file Proof of Service of Summons and Complaint.

  **X** Defendant to file a Response to Complaint (Amended Complaint) along with Notice of Interested Parties pursuant to Local Rule 7.1-1 **OR** Plaintiff to file a Request for Entry of Default.

  ____ REMOVALS: Removing Defendant to file a copy of Response filed in state court with a proper title page, as instructed on the Court's Standing Order, along with a Notice of Interested Parties (if not already filed) pursuant to Local Rule 7.1-1 **OR** Plaintiff to file a Request for Entry of Default.

  ____ Plaintiff to file a Request to Clerk for Entry of Default Judgment.

  ____ Plaintiff to file a Motion for Entry of Default Judgment.

 Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

Deputy Clerk: dbe